UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SAMUEL RICARLOS MITCHELL, JR.,

                            Plaintiff,

- against -

PLANNED PARENTHOOD OF GREATER NEW
YORK, INC., WENDY STARK, ANDREA HAGAN,
GILLIAN DEAN and ANNE DAVIS,

                            Defendants.
-------------------------------------------------------------------X

Case No. 1:23-cv-01932 (JLR)

**NOTICE OF APPEARANCE**

To:    The clerk of court and all parties of record

      Please take notice that John E. Mancebo, an attorney admitted to practice before this court, hereby enters his appearance on behalf of Defendants: PLANNED PARENTHOOD OF GREATER NEW YORK, INC., WENDY STARK, ANDREA HAGAN, GILLIAN DEAN and ANNE DAVIS.

Dated: March 30, 2023
         White Plains, New York

                                                  KAUFMAN DOLOWICH & VOLUCK, LLP

                                                  By: _____
                                                     John E. Mancebo (JM1169)
                                                     *Attorneys for Defendants*
                                                     245 Main Street, Suite 330
                                                     White Plains, New York 10601
                                                     (914) 470-0001

To all counsel of record via ECF