UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL RICARLOS MITCHELL, Jr., <br><br>        Plaintiff,<br><br>-against-<br><br>PLANNED PARENTHOOD OF GREATER NEW YORK, INC. et. al.,<br><br>        Defendants. | Case No. 1:23-cv-01932 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  In light of Defendants' new motion to dismiss, *see* ECF No. 35, Defendants' earlier motion to dismiss filed at ECF No. 18, is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **September 22, 2023**. Defendants' reply, if any, is due by **September 29, 2023**.

  The Clerk of Court is directed to terminate ECF No. 18.

Dated: September 11, 2023
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge