UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| SAMUEL RICARLOS MITCHELL JR., | : | Case No. 1:23-cv-01932-JLR |
| Plaintiff, | : | |
| -against- | : | |
| PLANNED PARENTHOOD OF GREATER NEW YORK, INC., et al. | : | **APPLICATION FOR WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS** |
| Defendants. | : | |

---

To: The Clerk of Court and All Parties of Record.

**PLEASE TAKE NOTICE,** that TATJANA CALIMPONG-BURKE, ESQ., has not been associated with Kaufman Dolowich, LLP since December 13, 2024, and hereby respectfully requests withdrawal of her appearance as counsel for Defendants PLANNED PARENTHOOD OF GREATER NEW YORK, INC., ANNE DAVIS, KEITH CORSO, GILLIAN DEAN, ANDREA HAGAN and WENDY STARK, individually, in the referenced action, and further respectfully requests that she be removed from the CM/ECF noticing list and any other service list in this case.

Ms. Calimpong-Burke is not asserting any liens in connection with this matter. Ms. Calimpong-Burke's withdrawal will not impact any deadlines or this matter's position on the Court's calendar, as John Mancebo, Esq., Charles Bergin, Esq., and Melissa Cartaya, Esq., of Kaufman Dolowich, LLP will continue to serve as counsel for Defendants PLANNED PARENTHOOD OF GREATER NEW YORK, INC, WENDY STARK, ANDREA HAGAN, GILLIAN DEAN, ANNE DAVIS, and KEITH CORSO, and respectfully requests that all future correspondence and papers in this action continue to be directed Mr. Mancebo, Mr. Bergin and Ms. Cartaya.

Dated: New York, New York
September 16, 2025

        Respectfully Submitted,

By: _____
Tatjana Calimpong-Burke, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd St.
New York, NY 10017
212.915.5865 (Direct)
Tatjana.calimpong-burke@wilsonelser.com

*formerly of:*

KAUFMAN DOLOWICH, LLP

To: **ALL PARTIES VIA ECF**