UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL RICARLOS MITCHELL, JR.,<br><br>        Plaintiff,<br><br>    -v-<br><br>PLANNED PARENTHOOD OF GREATER NEW YORK INC., WENDY STARK individually, ANDREA HAGAN individually, GILLIAN DEAN individually, KEITH CORSO individually, and ANNE DAVIS individually,<br><br>        Defendants. | Docket No.: 1:23-cv-01932<br><br>**NOTICE OF WITHDRAWAL** |

Alina Nadir hereby withdraws her appearance as counsel of record on behalf of Defendants, Planned Parenthood of Greater New York, Inc., Wendy Stark, Andrea Hagan, Gillian Dean, Anne Davis and Keith Corso in the above captioned matter. Defendants will continue to be represented by the attorneys from Kaufman Dolowich, LLP in the above captioned matter.

Dated: New York, NY
       February 4, 2026

                                         /s/ Alina Nadir
                                         Alina Nadir
                                         anadir@littler.com
                                         LITTLER MENDELSON, P.C.
                                         900 Third Avenue
                                         New York, NY 10022.3298
                                         Telephone: 585.203.3418
                                         Facsimile: 212.832.2719

Date:  February 5, 2026
         New York, New York

                                         SO ORDERED.

                                         *Jennifer Rochon*
                                         JENNIFER L. ROCHON
                                         United States District Judge