UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SAMUEL RICARLOS MITCHELL, JR.,

|  |  |  |
|---|---|---|
| | *Plaintiff*, | Case No. 23-cv-1932 |
| -against- | | **DECLARATION OF**<br>**TRACEY L. BROWN, ESQ.** |

PLANNED PARENTHOOD OF GREATER NEW
YORK, INC., WENDY STARK individually, ANDREA
HAGAN individually, GILLIAN DEAN individually,
KEITH CORSO individually, and ANNE DAVIS
individually,

                                                       *Defendants*.
-----------------------------------------------------------------------X

Tracey L. Brown, Esq., pursuant to 28 U.S. Code § 1746, hereby declares the following under penalty of perjury:

1.      I am a partner of The Cochran Firm, counsel for Plaintiff in the above-captioned action. As such, I am fully familiar with the matters set forth herein, except for those matters stated upon information and belief, where with respect to such matters, I believe them to be true.

2.      I submit this Affirmation in further support of Plaintiff's Motion to File an Answer to Defendants' Counterclaims.

3.      As stated in Plaintiff's Motion to File an Answer to Defendants' Counterclaims, due to inadvertence, the Answer was not timely filed. More specifically, this inadvertence was due to a calendaring error in our office.

4.      The denials in Plaintiff's Answer to Counterclaims submitted with Plaintiff's Motion to File an Answer to Defendants' Counterclaims were previously denied in Plaintiff's Motion to Dismiss the Amended Counterclaims, as well as Plaintiff's 56.1 Response and Counterstatement and accompanying Summary Judgment Opposition.

WHEREFORE your Declarant respectfully prays for an Order denying PPGNY's Motion for Summary Judgment and granting such other and further relief as the Court deems to be just and proper Granting Plaintiff leave to file an Answer to Defendants' Amended Counterclaims; and granting such other and further relief that the Court may deem to be just and proper.

Dated: March 26, 2026
New York, NY

Respectfully submitted,

/s/ Tracey L. Brown
Tracey L. Brown, Esq.
The Cochran Firm
55 Broadway, 23rd Floor
New York, NY 10006
T: (212) 553-9215
F: (212) 227-8763
tbrown@cochranfirmny.com