THE COCHRAN FIRM

17 STATE STREET – 14th FLOOR
NEW YORK, NEW YORK 10006
TELEPHONE: (212) 553-9215
FAX: (212) 227-8763

September 10, 2026

**VIA CM/ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 1000

**Re:** Samuel R. Mitchell, Jr. v. Planned Parenthood of Greater New York, et. al.
Case No.: 1:23-cv-01932 (JLR)

Dear Judge Rochon:

The undersigned represents Plaintiff Samuel R. Mitchell, Jr. in the above-referenced matter. I write to respectfully request that the parties' deadline to submit their pre-trial submissions be adjourned from September 14, 2026, to October 2, 2026.

The reason for the requested extension is that the attorney from our office who is handling the trial in the matter of Reid v. Westchester County Medical Center, et al., Index No. 65978/2021 currently pending before the Supreme Court of the State of New York, Westchester County – which is confirmed for jury selection on September 17, 2026 – is out on extended bereavement leave, and I am now covering that trial and all of the preparations for it, including preparing witnesses, exhibits, and pre-trial motions. Due to the short notice of having to prepare for the trial in the Reid matter, I require additional time to prepare the pre-trial submissions in the Mitchell case.

I have reached out to counsel for Defendants and they do not object to this request. This is the first request for the adjournment of this deadline and the requested adjournment will not affect any other dates deadlines in this matter, including the upcoming November 16, 2026 trial date.

I appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Tracey L. Brown
Tracey L. Brown, Esq.