THE COCHRAN FIRM

ONE EXCHANGE PLAZA
17 STATE STREET, 14th FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE: (212) 553-9215
FAX: (212) 227-8763

September 29, 2026

**VIA CM/ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Plaintiff's request is DENIED. The Court granted Plaintiff's prior extension request. Dkt. 123. The Court's pretrial submission dates and trial are firm. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 125.

Dated: September 29, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

Re: Samuel R. Mitchell, Jr. v. Planned Parenthood of Greater New York, et. al
Case No.: 1:23-cv-01932 (JLR)

Dear. Hon. Rochon:

We represent Plaintiff Samuel R. Mitchell, Jr. in the above referenced matter. We write to respectfully request that the parties briefing schedule for any anticipated motions *in limine* and pretrial memoranda be extended one week with motions due October 9, 2026 and oppositions due October 16, 2026 (extended from October 2nd and October 9th, respectively).

The reason for the requested extension is Plaintiff's counsel's fall trial schedule which includes the trial just completed on Friday in Westchester County, as well as an upcoming trial beginning on October 29, 2026, in the matter of Raymona Williams v. Woodhaven Realty, LLC, et al., (Index No. 718420/2020) before the Supreme Court of the State of New York, County of Queens.

Counsel for Defendants consents to this request. This is the second request for the adjournment of this deadline and the requested adjournment will not affect any other deadlines in this matter, including the other pre-trial filings (proposed JPTO, jury instructions, verdict sheet and *voir dire* questions) which will be filed as scheduled by October 2, 2026.

Respectfully submitted,

/s/ Tracey L. Brown, Esq.

CC: All counsel via ECF