UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
SAMUEL RICARLOS MITCHELL, JR.,

*Plaintiff*,

Case No. 23-CV-1932

-against-

**DECLARATION OF TRACEY L. BROWN, ESQ.**

PLANNED PARENTHOOD OF GREATER NEW YORK, et al.,

*Defendants*.
---------------------------------------------------------------------X

I, Tracey L. Brown, Esq., pursuant to 28 U.S.C. 1746, declare the following under penalty of perjury:

1. I am a partner of The Cochran Firm, counsel for Plaintiff in the above-captioned action. As such, I am fully familiar with the matters set forth herein, except for those matters stated upon information and belief, where with respect to such matters, I believe them to be true.

2. I submit this Declaration in Support of Plaintiff's Motion In Limine

3. The following exhibits relevant to the Court's determination of the instant matter:

EXHIBIT 1 Excerpts from the September 8, 2026, draft of a proposed Pre-trial Order proffered by Defendants.

EXHIBIT 2 Excerpts from the September 30, 2026, draft of a proposed Pre-trial Order proffered by Defendants.

EXHIBIT 3 Excerpts from the October 2, 2026, draft of a proposed Pre-trial Order proffered by Defendants.

4. Counsel for Plaintiff attempted to meet and confer with defense counsel on these issues yesterday, a few hours after defense counsel had a brief, four-minute call with the undersigned regarding their anticipated motions in limine. I left voice messages for two of the defense attorneys on the case detailing Plaintiff's motion in limine as sent multiple emails and provided my cell number in further attempts to meet and confer. I finally received a call back after

6pm today and attempted to meet and confer and the parties were unable to meaningfully meet or come to a resolution. Counsel for Mr. Mitchell remains committed to continuing to meet and confer with opposing counsel and will do so up through the time of trial.

WHEREFORE your Declarant respectfully prays for an Order granting Mr. Mitchell the relief sought in his Notice of Motion.

Dated: October 2, 2026
New York, NY

Respectfully submitted,

/s/ Tracey L. Brown

Tracey L. Brown, Esq.
The Cochran Firm
17 State Street, 14th Floor
New York, NY 10004
T: (212) 553-9215
F: (212) 227-8763
tbrown@cochranfirmny.com