# Exhibit 1

xiii. A statement of the damages claimed and any other relief sought, including the manner and method used to calculate any claimed damages and a breakdown of the elements of such claimed damages; and

**Damages:**

- **Breach of Contract - $23,182.50 or a greater amount, as decided by the jury (inclusive of 3 months stay at Mint House at $5,500/month, accounting for 9% interest annually)**
- **Fraud Harm I (Initial Fraud in Securing The Interim COO Position)**
    - **Car Hire ($2422.57/month for 6 months, accounting for 9% annual interest) - $21,076.36 or a greater amount as decided by the jury**
    - **Mint House ($5,500/month for 6 months, accounting for 9% annual interest) - $47,850, or a greater amount, as decided by the jury**
    - **Airfare (accounting for 9% annual interest) - $327.41, or a greater amount as decided by the jury**
    - **Miscellaneous out-of-pocket expenses - $10,000, or a greater amount as decided by the jury**
- **Fraud Harm II (Subsequent Fraud in Securing the Full-Time COO Position**
    - **Signing Bonus ($30,000, accounting for 9% annual interest) - $42,960, or a greater amount as decided by the jury**
    - **Salary Increase ($81,000, accounting for 9% annual interest) - $106,515, or a greater amount as decided by the jury**
    - **Miscellaneous out-of-pocket expenses - $10,000, or a greater amount as decided by the jury**
- **Fraud Investigation - $24,675**

**Total: <u>$286,586.27</u>, or a greater amount as decided by the jury.**

**Upon a successful verdict, PPGNY will apply for attorney fees and costs.**

xiv. A statement of whether the parties consent to less than a unanimous verdict.

xv. A statement confirming that the partes have submitted all pretrial submissions and courtesy copies required herein.

**The parties have submitted all pretrial submissions and courtesy copies required herein.**

Dated: DATE
White Plains, New York

DRAFT