# Exhibit 2

## XIII. STATEMENT OF DAMAGES CLAIMED

*A. By Plaintiff/Counterclaim Defendant*

Plaintiff/Counterclaim Defendant contends that Defendant/Counterclaim Plaintiff has not suffered any damages and is not entitled to any damages and attorney fees are not recoverable in breach of contract or fraud cases and there is no applicable contractual or statutory exception.

*B. By Defendant/Counterclaim Plaintiffs*

1. Breach of Contract

   a. $23,182.50 or a greater amount, as decided by the jury (inclusive of 3 months stay at Mint House at $5,500/month, accounting for 9% interest annually).

2. Fraud Harm I (Initial Fraud in Securing The Interim COO Position)

   a. Car Hire ($2422.57/month for 6 months, accounting for 9% annual interest) - $21,076.36 or a greater amount as decided by the jury

   b. Mint House ($5,500/month for 6 months, accounting for 9% annual interest) - $47,850, or a greater amount, as decided by the jury

   c. Airfare (accounting for 9% annual interest) - $327.41, or a greater amount as decided by the jury

   d. Miscellaneous out-of-pocket expenses - $10,000, or a greater amount as decided by the jury

3. Fraud Harm II (Subsequent Fraud in Securing the Full-Time COO Position

   a. Signing Bonus ($30,000, accounting for 9% annual interest) - $42,960, or a greater amount as decided by the jury

   b. Salary Increase ($81,000, accounting for 9% annual interest) - $106,515, or a greater amount as decided by the jury

   c. Miscellaneous out-of-pocket expenses - $10,000, or a greater amount as decided by the jury

4. Fraud Investigation - $24,675

Total: $286,586.27, or a greater amount as decided by the jury. Upon a successful verdict, PPGNY will apply for attorney fees and costs.

## XIV. STATEMENT OF POSITION CONCERNING NON-UNANIMOUS VERDICT

The parties **DO NOT** consent to a non-unanimous verdict.