# Exhibit 3

b. Salary Increase ($81,000, accounting for 9% annual interest) - $106,515, or a greater amount as decided by the jury

c. Miscellaneous out of pocket expenses - $10,000, or a greater amount as decided by the jury

4. Fraud Investigation - $24,675

Total: $286,586.27, or a greater amount as decided by the jury. Upon a successful verdict, PPGNY will apply for attorney fees and costs.

**Formulae:**

Total (T) = Principal (P) + Interest (I)

I = P x 0.09 x (Days / 365)

Total Damages = $22,919.51 + $21,263.09 + $38,309.41 +$645.93 + $544.16 + $10,000 + $42,863.84 + $135,735.48 + $10,000 + $24,675

**Total Damages = $306,956.42**

1. Breach of Contract
    a. **$22,919.51**or a greater amount, as decided by the jury (inclusive of 3 months stay at Mint House at $5,500/month, accounting for 9% interest annually).
        1. Charges for months covered by PPGNY per FTE K
            1. 3/26/22 = $5,325.00
            2. 3/26/22 = $1080.00
            3. 4/30/22 = $4890.00
            4. 4/30/22 = $4785.00
        2. **P = $16,080.00**
        3. 3/1/2022 to 11/20/2026 = 1,725 days
            1. I = 16,080.00 x 0.09 (1,725/365)I = 16,080.00 x 0.09 x 4.7260273973
            2. I = 1,447.20 × 4.7260273973

3. I = 6,839.5068493

**4. I = 6,839.51**

4. T = 16,080.00 + 6,839.51

***1. T = $22,919.51***

2. Fraud Harm I (Initial Fraud in Securing The Interim COO Position)

a. Car Hire ($2422.57/month for 6 months, accounting for 9% annual interest) - ***$21,263.09***or a greater amount as decided by the jury

1. P = $2422.57 x 6

**1. P = 14,535.42**

2. 10/1/2021 → 11/20/2026 = 1,877 days

3. I = 14,535.42 x 0.09 x (1,877/365)

1. I = 14,535.42 x 0.09 x 5.1424657534

2. I = 1,308.1878 x 5.1424657534

3. I = 6,727.6720004385

**4. I = 6,727.67**

4. T = 14,535.42 + 6,727.67

***1. T = $21,263.09***

b. Mint House (~$5,500/month for 5 months, accounting for 9% annual interest) - ***$38,309.41***, or a greater amount, as decided by the jury

**1. Principal (Total Cost from HealthTech Invoices re Mint House) = $26,214.32**

1. 10/6/21 = $5,220.00

2. 11/2/21 = $5,220.00

3. 12/29/21 = $5,334.32

4. 1/27/22 = $5,220.00

5. 1/28/22 = $5,220.00

2. 10/6/21 → 11/20/26 = 1,871 days

3. I = 26,214.32 x .09 x (1,871/365)

1. I = 26,214.32 x .09 x 5.12602739726
2. I = 2,359.2888 x 5.12602739726
3. I = 12,095.0899
4. **I = 12,095.09**

4. T= **26,214.32 + 12,095.09**
   1. ***T= $38,309.41***

c. Airfare (accounting for 9% annual interest) - ***$645.93***, or a greater amount as decided by the jury

1. **P = $451.28**
   1. 2/6/22–2/26/22 Round trip ticket = $451.28
2. 2/6/22 → 11/20/26 = 1,749 days
3. I = 451.28 x 0.09 x (1,749/365)
   1. I = 451.28 x 0.09 x 4.7917808219
   2. I = 40.6152 x 4.7917808219
   3. I = 194.653956164
   4. **I = 194.65**
4. T = 451.28 + 194.65
   1. ***T = 645.93***

d. Uber (accounting for 9% annual interest) = ***$544.16***, or a greater amount as decided by the jury

1. **P = 379.87**
   1. Uber invoices 1/31-2/13 = 379.87
2. I = 379.87 x 0.09 x (1754/365)
   1. I = 379.87 x 0.09 x 4.805479452
   2. I = 34.1883 x 4.805479452
   3. I = 164.286482192
   4. **I = 164.29**
3. T = 379.87 + 164.29

1. ***T = $544.16***

e. Miscellaneous out-of-pocket expenses - $10,000, or a greater amount as decided by the jury

3. Fraud Harm II (Subsequent Fraud in Securing the Full-Time COO Position

a. Signing Bonus ($30,000, accounting for 9% annual interest) - ***$42,863.84***, or a greater amount as decided by the jury

1. **P = $30,000 (from FTE K)**

2. 2/15/22 (day FTE K was signed) → 11/20/26 = 1739 days

3. I = 30,000 x 0.09 x (1739/365)

1. I = 30,000 x 0.09 x 4.76438

2. I = 2,700 x 4.76438

3. **I= $12,863.84**

4. T = P +I

1. T = $30,000 + $12,863.84

2. ***T = $42,863.84***

b. Salary Increase ($95,000, accounting for 9% annual interest) - $***135,735.48***, or a greater amount as decided by the jury

1. FTE Salary = $375,000

2. Total days worked ≈ 240

3. Daily consulting fee = $1,170

4. 365 days – 104 weekend days – 11 federal holidays – 10 days PTO (2 weeks PTO) = 240 days1,170 x 240 = 280,000

5. P = 375,000 – 280,000

1. **P = 95,000**

6. 2/15/22 (FTE start date) -→ 11/20/26 = 1739 days

7. I = 95,000 x 0.09 (1739/365)

1. I = 95,000 x 0.09 x 4.7643835616

2. I = 8,550 x 4.7643835616

3. I = 40,735.4794521

**4. I = 40,735.48**

**8. T = 95,000 + 40,735.48**

***1. T = 135,735.48***

c. Miscellaneous out-of-pocket expenses - $10,000, or a greater amount as decided by the jury

4. Fraud (PPGNY Resources) - $24,675

*Total:* **$306,956.42***, or a greater amount as decided by the jury, and exclusive of post-judgment interest, punitive damages, exemplary damages, or other damages as awarded by the jury. Upon a successful verdict, PPGNY will apply for attorney fees.*