UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL RICARLOS MITCHELL, JR.,
Plaintiff,

-against-

PLANNED PARENTHOOD OF GREATER NEW YORK, INC., et al.,
Defendants.

Case No. 1:23-cv-01932 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Whereas the Court having dismissed with prejudice Plaintiff Samuel Mitchell's ("Mitchell") claims against Defendants Gillian Dean, Anne Davis, and Keith Corso, Dkt. 62;

Whereas the Court having granted summary judgment for Defendants Wendy Stark and Andrea Hagan, Dkt. 121;

Whereas the Court having held a jury trial from November 16, 2026 to November 19, 2026, and at the conclusion of trial, the jury having found in favor of Defendant Planned Parenthood of Greater New York, Inc. ("PPGNY") on its breach of contract and fraud counterclaims against Mitchell, and having awarded Defendant $1.00 in nominal damages on its breach of contract counterclaim, $29,468.04 in damages on its first fraud counterclaim, $154,831.00 in damages on its second fraud counterclaim, and $65,000.00 in punitive damages, *see* Dkt. 152 at 94-95, it is, hereby:

**ORDERED, ADJUDGED AND DECREED:** That all claims against Defendants Gillian Dean, Anne Davis, Keith Corso, Wendy Stark, and Andrea Hagan are dismissed;

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Jury's Verdict dated November 19, 2026, Dkt. 152 at 93-96, judgment is entered in favor of PPGNY

against Mitchell on PPGNY's breach of contract and fraud counterclaims, and the Jury awards damages as follows:

a. in favor of PPGNY in the amount of $1.00 in nominal damages for breach of contract against Mitchell;

b. in favor of PPGNY in the amount of $29,468.04 in compensatory damages for its fraud counterclaim against Mitchell in connection with securing the Interim Chief Operating Officer position at PPGNY;

c. in favor of PPGNY in the amount of $154,831.00 in compensatory damages for its fraud counterclaim against Mitchell in connection with securing the Full-Time Chief Operating Officer position at PPGNY; and

d. in favor of PPGNY in the amount of $65,000.00 in punitive damages against Mitchell.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 127, 129, 134, and 151.

Dated: November 23, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge